NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**FLFMC, LLC,**
*Plaintiff-Appellant,*

**v.**

**WHAM-O, INC.,**
*Defendant-Appellee.*

**v.**

**UNITED STATES,**
*Intervenor.*

---

2011-1067

---

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 01-CV-0435, Judge Arthur J. Schwab.

---

Decided: September 16, 2011

---

Before LINN, DYK, and PROST, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The President has today signed into law the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (1st Sess. 2011), amending 35 U.S.C. § 292 and including the following text regarding the effective date of this provision: "The amendments made by this subsection shall apply to all cases, without exception, that are pending on, or commenced on or after, the date of the enactment of this Act." Leahy-Smith America Invents Act § 16(b)(4).

Accordingly,

IT IS ORDERED THAT:

(1)  Each party shall advise the court within fourteen days of the date of this order of the effect of this legislation on the status of this case.

(2)  The response shall take the form of a double-spaced letter of no more than five pages.

FOR THE COURT,


September 16, 2011                    /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk

cc:  David G. Oberdick, Esq.
     Andrew J. Dhuey, Esq.
     Douglas N. Letter, Esq.